# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Edwards, Harry T. | 2. Court or Organization<br><br>USCA for D.C. Circuit | 3. Date of Report<br><br>05/28/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

5500 U.S. Courthouse 333 Constitution Ave., NW Washington, D.C. 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Member American Law Institute |
| 2. | Member | American Academy of Arts & Sciences |
| 3. | Member | American Bar Association |
| 4. | Board of Directors | Institute of Judicial Administration, NYU Law School |
| 5. | Fellow | American Bar Foundation |
| 6. | Professor of Law | NYU Law School |
| 7. | Member | Supreme Court Historical Society |
| 8. | Member | Dean's Advisory Committee, University of California at Irvine Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | NYU School of Law, Professor of Law |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 05/28/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/14 | NYU Law School, Professor of Law | $198,771.00 |
| 2. | 12/31/14 | West Services Inc. book royalties | $373.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYU Law School, New York, NY | 1/21 - 1/23/2014 | New York City | Teaching | Room, meals, transportation. |
| 2. | NYU Law School, New York, NY | 1/27 - 1/30/2014 | New York City | Teaching | Room, meals, transportation. |
| 3. | NYU Law School, New York, NY | 2/4 - 2/6/2014 | New York City | Teaching | Room, meals, transportation. |
| 4. | Univ of Cal at Irvine Law School, Irvine, CA | 2/7 - 2/9/2014 | Irvine California | Conference | Room, meals, transportation. |
| 5. | NYU Law School, New York, NY | 2/11 - 2/13/2014 | New York City | Teaching | Room, meals, transportation. |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 05/28/2015 |

| | | | | |
|---|---|---|---|---|
| 6. | NYU Law School, New York, NY | 2/19 - 2/20/2014 | New York City | Teaching | Room, meals, transportation. |
| 7. | NYU Law School, New York, NY | 2/25 - 2/27/2014 | New York City | Teaching | Room, meals, transportation. |
| 8. | NYU Law School, New York, NY | 3/4 - 3/6/2014 | New York City | Teaching | Room, meals, transportation. |
| 9. | NYU Law School, New York, NY | 3/11 - 3/12/2014 | New York City | Teaching | Room, meals, transportation |
| 10. | University of Virginia Law School | 3/28 - 3/30/2014 | Charlottesville, VA | Speaking | Room, meals, transportation |
| 11. | NYU Law School, New York, NY | 4/2 - 4/3/2014 | New York City | Teaching | Room, meals, transportation. |
| 12. | NYU Law School, New York, NY | 4/7 - /4/8/2014 | New York City | Teaching | Teaching |
| 13. | NYU Law School, New York, NY | 4/22 - 4/24/2014 | New York City | Teaching | Room, meals, transportation |
| 14. | NYU Law School, New York, NY | 4/28 - 5/2/2014 | New York City | Teaching | Room, meals, transportation |
| 15. | NYU Law School, New York, NY | 5/20 - 5/23/2014 | New York City | Teaching | Room, meals, transportation |
| 16. | NYU Law School, New York, NY | 8/26 - 8/28/2014 | New York City | Teaching | Room, meals, transportation |
| 17. | NYU Law School, New York, NY | 9/3/ - 9/4/2014 | New York City | Teaching | Room, meals, transportation |
| 18. | NYU Law School, New York, NY | 9/10 - 9-11/2014 | New York City | Teaching | Room, meals, transportation |
| 19. | NYU Law School, New York, NY | 9/16 - 9/18/2014 | New York City | Teaching | Room, meals, transportation |
| 20. | NYU Law School, New York, NY | 9/23 - 9/24/2014 | New York City | Teaching | Room, meals, transportation |
| 21. | NYU Law School, New York, NY | 10/1 - 10/4/2014 | New York City | Teaching | Room, meals, transportation |
| 22. | NYU Law School, New York, NY | 10/7 - 10/9/2014 | New York City | Teaching | Room, meals, transportation |
| 23. | NYU Law School, New York, NY | 10/15 - 10/16/2014 | New York City | Teaching | Room, meals, transportation |
| 24. | NYU Law School, New York, NY | 11/4 - 11/6/2014 | New York City | Teaching | Room, meals, transportation |
| 25. | NYU Law School, New York, NY | 11/10 - 11/13/2014 | New York City | Teaching | Room, meals, transportation |
| 26. | NYU Law School, New York, NY | 12/1 - 12/5/2014 | New York City | Teaching | Room, meals, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 05/28/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 05/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Citibank Accounts | | None | J | T | | | | | |
| 2.  TD Bank | | None | J | T | | | | | |
| 3.  Justice Federal Credit Union | | None | J | T | | | | | |
| 4.  Wells Fargo IRA money market | | None | M | T | | | | | |
| 5.  Bank of America Accounts | | None | J | T | | | | | |
| 6.  Vanguard total stock market index | A | Dividend | J | T | Buy (add'l) | 01/16/14 | J | | |
| 7.  Vanguard total stock market index | | | | | Sold (part) | 1/23/14 | J | A | |
| 8.  Vanguard total stock market index | | | | | Buy (add'l) | 02/14/14 | J | | |
| 9.  Vanguard total stock market index | | | | | Buy (add'l) | 03/14/14 | J | | |
| 10. Vanguard total stock market index | | | | | Buy (add'l) | 04/16/14 | J | | |
| 11. Vanguard total stock market index | | | | | Buy (add'l) | 05/16/14 | J | | |
| 12. Vanguard total stock market index | | | | | Buy (add'l) | 06/16/14 | J | | |
| 13. Vanguard total stock market index | | | | | Buy (add'l) | 07/16/14 | J | | |
| 14. Vanguard total stock market index | | | | | Buy (add'l) | 07/17/14 | J | | |
| 15. Vanguard total stock market index | | | | | Buy (add'l) | 08/15/14 | J | | |
| 16. Vanguard total stock market index | | | | | Buy (add'l) | 09/16/14 | J | | |
| 17. Vanguard total stock market index | | | | | Buy (add'l) | 10/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 05/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard total stock market index | | | | | Buy (add'l) | 11/14/14 | J | | |
| 19. Vanguard total stock market index | | | | | Buy (add'l) | 12/16/14 | J | | |
| 20. Vanguard Total Bond Money Market | A | Dividend | | | Buy (add'l) | 01/16/14 | J | | |
| 21. Vanguard Total Bond Money Market | | | | | Sold (part) | 01/23/14 | J | | |
| 22. Vanguard Total Bond Money Market | | | | | Buy (add'l) | 02/14/14 | J | | |
| 23. Vanguard Total Bond Money Market | | | | | Sold (part) | 02/18/14 | J | | |
| 24. Vanguard Total Bond Money Market | | | | | Closed | 07/17/14 | J | | |
| 25. Vanguard Inter-Term Bond Index | A | Dividend | | | Buy (add'l) | 01/16/14 | J | | |
| 26. Vanguard Inter-Term Bond Index | | | | | Sold (part) | 01/23/14 | J | | |
| 27. Vanguard Inter-Term Bond Index | | | | | Buy (add'l) | 02/14/14 | J | | |
| 28. Vanguard Inter-Term Bond Index | | | | | Sold (part) | 02/18/14 | J | | |
| 29. Vanguard Inter-Term Bond Index | | | | | Closed | 07/17/14 | J | | |
| 30. Vanguard Prime Money Market | A | Dividend | K | T | Sold (part) | 01/09/14 | M | | |
| 31. Vanguard Prime Money Market | | | | | Buy (add'l) | 01/16/14 | J | | |
| 32. Vanguard Prime Money Market | | | | | Buy (add'l) | 01/23/14 | K | | |
| 33. Vanguard Prime Money Market | | | | | Buy (add'l) | 02/14/14 | J | | |
| 34. Vanguard Prime Money Market | | | | | Buy (add'l) | 02/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 7 of 11

**Name of Person Reporting**

Edwards, Harry T.

**Date of Report**

05/28/2015

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Prime Money Market | | | | | Buy (add'l) | 03/14/14 | J | | |
| 36. Vanguard Prime Money Market | | | | | Sold (part) | 03/20/14 | J | | |
| 37. Vanguard Prime Money Market | | | | | Sold (part) | 03/25/14 | J | | |
| 38. Vanguard Prime Money Market | | | | | Sold (part) | 04/09/14 | J | | |
| 39. Vanguard Prime Money Market | | | | | Buy (add'l) | 04/16/14 | J | | |
| 40. Vanguard Prime Money Market | | | | | Sold (part) | 04/21/14 | J | | |
| 41. Vanguard Prime Money Market | | | | | Sold (part) | 04/29/14 | J | | |
| 42. Vanguard Prime Money Market | | | | | Buy (add'l) | 05/16/14 | J | | |
| 43. Vanguard Prime Money Market | | | | | Buy (add'l) | 06/16/14 | J | | |
| 44. Vanguard Prime Money Market | | | | | Buy (add'l) | 06/27/14 | K | | |
| 45. Vanguard Prime Money Market | | | | | Buy (add'l) | 07/16/14 | J | | |
| 46. Vanguard Prime Money Market | | | | | Sold (part) | 07/30/14 | J | | |
| 47. Vanguard Prime Money Market | | | | | Buy (add'l) | 08/15/14 | J | | |
| 48. Vanguard Prime Money Market | | | | | Buy (add'l) | 09/16/14 | J | | |
| 49. Vanguard Prime Money Market | | | | | Buy (add'l) | 10/16/14 | J | | |
| 50. Vanguard Prime Money Market | | | | | Buy (add'l) | 11/14/14 | J | | |
| 51. Vanguard Prime Money Market | | | | | Sold (part) | 11/24/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 05/28/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Prime Money Market | | | | | Buy (add'l) | 12/16/14 | J | | |
| 53. Vanguard Wellesley Fund | B | Dividend | L | T | Sold (part) | 01/09/14 | K | | |
| 54. Vanguard Wellesley Fund | B | Distribution | | | Buy (add'l) | 01/16/14 | J | | |
| 55. Vanguard Wellesley Fund | | | | | Sold (part) | 01/23/14 | K | | |
| 56. Vanguard Wellesley Fund | | | | | Buy (add'l) | 02/14/14 | J | | |
| 57. Vanguard Wellesley Fund | | | | | Buy (add'l) | 03/14/14 | J | | |
| 58. Vanguard Wellesley Fund | | | | | Buy (add'l) | 04/16/14 | J | | |
| 59. Vanguard Wellesley Fund | | | | | Buy (add'l) | 05/16/14 | J | | |
| 60. Vanguard Wellesley Fund | | | | | Buy (add'l) | 06/16/14 | J | | |
| 61. Vanguard Wellesley Fund | | | | | Buy (add'l) | 06/27/14 | L | | |
| 62. Vanguard Wellesley Fund | | | | | Buy (add'l) | 07/16/14 | J | | |
| 63. Vanguard Wellesley Fund | | | | | Buy (add'l) | 08/15/14 | J | | |
| 64. Vanguard Wellesley Fund | | | | | Buy (add'l) | 09/16/14 | J | | |
| 65. Vanguard Wellesley Fund | | | | | Buy (add'l) | 10/16/14 | J | | |
| 66. Vanguard Wellesley Fund | | | | | Buy (add'l) | 11/14/14 | J | | |
| 67. Vanguard Wellesley Fund | | | | | Buy (add'l) | 12/16/14 | J | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 05/28/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 05/28/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Harry T. Edwards**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544